LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
MS OCEAN VIEW SHIPPING, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MS OCEAN VIEW SHIPPING, LLC,                ECF CASE

               Plaintiff,

-against-                                   08 Civ.

JS OCEAN LINE PTE LTD.,

               Defendant.
-----------------------------------------------------------X



## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and an attorney with the firm of Lyons & Flood, LLP, attorneys for plaintiff MS OCEAN VIEW SHIPPING, LLC, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: April 28, 2008

               LYONS & FLOOD, LLP
               Attorneys for Plaintiff
               MS OCEAN VIEW SHIPPING, LLC

By: _____
      Jon Werner (JW-5000)
      Kirk M. Lyons (KL-1568)
      65 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

U:\kmhldocs\2579008\Legal\Rule 7.1.doc