```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MS OCEAN VIEW SHIPPING, LLC,            :
                                        :
            Plaintiff,                  :    08 CV 3940 (JSR)
                                        :
        -v-                             :    ORDER
                                        :
JS OCEAN LINE PTE LTD.,                 :
                                        :
            Defendant.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript dated September 2, 2008, the above-captioned action is dismissed without prejudice. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-3-08

1